UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-14048-CR-ROSENBERG/LYNCH
21 U.S.C. § 841 (a)(1)

UNITED STATES OF AMERICA

v.

ROBERT L. KLIMKOWSKI,
a/k/a "Stash"

　　　　Defendant.
_____/

FILED by ___ D.C.

AUG 14 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about July 28, 2011, in Saint Lucie County, in the Southern District of Florida, the defendant,

**ROBERT L. KLIMKOWSKI,**
a/k/a "Stash"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance.

## COUNT 2

On or about August 30, 2011, in Saint Lucie County, in the Southern District of Florida, the defendant,

**ROBERT L. KLIMKOWSKI,**
a/k/a "Stash"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
RUSSELL R. KILLINGER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA     CASE NO._____

v.

ROBERT L. KLIMKOWSI, a/k/a "Stash"    **CERTIFICATE OF TRIAL ATTORNEY\***

_____ Defendant. /   Indictment Case Information:

**Court Division:** (Select One)        New Defendant(s)        Yes ____  No ____
                                        Number of New Defendants
____ Miami      ____ Key West           Total number of counts
____ FTL        ____ WPB     _X_ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) _No_
   List language and/or dialect _____

4. This case will take ___3___ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                         (Check only one)

   I    0 to 5 days        _X_              Petty
   II   6 to 10 days       ___              Minor
   III  11 to 20 days      ___              Misdem.
   IV   21 to 60 days      ___              Felony     _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_

   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No) _____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ____ Yes  _X_ No

                                    _____
                                    RUSSELL R. KILLINGER
                                    ASSISTANT UNITED STATES ATTORNEY

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**CASE NO.** _____

Defendant's Name:   ROBERT L. KLIMKOWSKI a/k/a "Stash"

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Possession with intent to distribute oxycodone | 21:841(a)(1) | 20 years imprisonment; $1 million fine; 3 years up to life supervised release; & $100 Special Assessment |
| 2 | Possession with intent to distribute oxycodone | 21:841(a)(1) | 20 years imprisonment; $1 million fine; 3 years up to life supervised release; & $100 Special Assessment |