```
FILING FEE
PAID $75.00
pro hac  FLS1-88152
vice
Steven M. Larimore, Clerk
```

```
FILED by ___ D.C.
OCT 15 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-14048-CR-ROSENBERG/LYNCH

UNITED STATES OF AMERICA

v.

ROBERT KLIMKOWSKI,

_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Michael W. Nielsen, of the Nielsen Law Firm, 720 West State Road 434, Winter Springs, Florida 32708, 407-327-5865, for purposes of appearance as counsel on behalf of Robert Klimkowski in the above-styled case only. Pursuant to Rule 2B of the CM/ECF Administrative Procedures, the undersigned also moves this Honorable Court to permit Michael Nielsen to receive electronic filings in this case. In support thereof, the undersigned states as follows:

1. Michael Nielsen is not admitted to practice in the Southern District of Florida. He is, however, a member in good standing of the Middle District of Florida.

2. Movant, Fritz Scheller, Esquire, of the Law Firm of Fritz Scheller, 200 East Robinson Street, Suite 1150, Orlando, Florida, 32801, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of

1

Florida. The movant maintains an office in the State of Florida for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.  In accordance with the local rules of this Court, Michael Nielsen has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.  Michael Nielsen, by and through designated counsel, and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Michael Nielsen at email address: nielsenlaw@cfl.rr.com.

WHEREFORE, Fritz Scheller, moves this Court to enter an Order for Michael Nielsen, to appear before this Court on Behalf of Robert Klimkowski for all purposes relating to the proceedings in the above-style matter and moves this Court to direct the Clerk to provide notice of electronic filings to Michael Nielsen.

Respectfully Submitted,

_____
Fritz Scheller
Florida Bar No. 183113
200 E. Robinson Street, Suite 1150
Orlando, Florida 32801
PH: (407) 792-1285
FAX: (407) 513-4146

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was filed via federal express on October 14, 2014. A copy of the motion was also served on Assistant United States Attorney Russell R. Killinger, Office of United States Attorney, 101 South U.S. 1, Suite 3100; Ft. Pierce, Florida 34950 via email and U.S. Mail.

                                            Fritz Scheller
                                            Florida Bar No. 183113
                                            200 E. Robinson Street, Suite 1150
                                            Orlando, Florida 32801
                                            PH: (407) 792-1285
                                            FAX: (407) 513-4146

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO.: 14-14048-ROSENBERG/LYNCH

v.

ROBERT KLIMKOWSKI,
_____/

### CERTIFICATION OF MICHAEL NIELSEN

MICHAEL NIELSEN, ESQUIRE, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Florida Bar and Middle District of Florida.

/s/ Michael W. Nielsen, Esquire

MICHAEL W. NIELSEN, ESQUIRE
NIELSEN LAW FIRM
720 West State Road 434
Winter Springs, Florida 32708
(407)327-5865 [FAX(407)327-0384]
Attorney for Defendant
Florida Bar No.: 0794392
nielsenlaw@cfl.rr.com