UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-14048-CR-ROSENBERG/LYNCH

UNITED STATES OF AMERICA,
    Plaintiff,
v.

ROBERT L. KLIMKOWSKI,
a/k/a "Stash"
    Defendant.
_____/

## JOINT STATUS REPORT

The United States and Defendant, Robert L. Klimkowski, through the undersigned counsel, files this Joint Status Report and state as follows:

 A. Discovery has been provided by the government to the Defendant.

 B. The parties are ready for trial.

 C. Trial of this matter will take 3 days.

 D. It is expected that this case will be resolved by plea.

 E. There are three audio recordings.

 F. Transcripts have been prepared and discovered to Defendant.

G.   There are no other matters in this case of which the Court should be aware.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

*s/ Russell R. Killinger*_____
Russell R. Killinger
Assistant U.S. Attorney
101 South US Highway 1 Suite 3100
Ft. Pierce, FL  34950
772.466.0899
772.466.1020 (fax)
russell.killinger@usdoj.gov

*s/ Michael Nielsen*_____
Michael Nielsen, Esquire
720 West State Road 434
Winter Springs, FL  32708
407.327.5865
nielsenlaw@cfl.rr.com
Attorney for Robert L. Klimkowski

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic filing on October 29, 2014, on counsel of record on the Service List below.

s/Russell R. Killinger
Russell R. Killinger
Assistant United States Attorney

SERVICE LIST

| Russell R. Killinger<br>Assistant U.S. Attorney<br>101 South US Highway 1 Suite 3100<br>Ft. Pierce, FL  34950<br>772.466.0899<br>772.466.1020 (fax)<br>russell.killinger@usdoj.gov<br>Attorney for United States | Michael Nielsen, Esquire<br>720 West State Road 434<br>Winter Springs, FL  32708<br>407.327.5865<br>nielsenlaw@cfl.rr.com<br>Attorney for Robert L. Klimkowski |
|---|---|